UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| ZACHARY CRUZ,<br>MICHEAL DONOVAN, and<br>RICHARD MOORE<br><br>              Plaintiffs,<br><br>vs.<br><br>DUANE LEE CHAPMAN,<br>LYSSA CHAPMAN,<br>DAVID BAYRE BRIGGMAN,<br>LINDSAY COMBS,<br>JANE COLLINS, and<br>JOHN DOES 1-8<br>and JOHN T. WAIT,<br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 5:21-cv-00072<br><br><br>(Formerly Augusta County Circuit<br> Court No. CL21002251-00) |

**DEFENDANT'S MOTION TO DISMISS**

The United States of America, by counsel and pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an Order dismissing the above-captioned case. In support of its motion, defendant refers the Court to the Memorandum in Support of Defendant's Motion to Dismiss.

WHEREFORE, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, defendant respectfully requests that the Court issue an order dismissing this case, and for such other relief as the Court deems just and proper.

Dated: November 12, 2021

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
Elizabeth C. Wu, VSB No. 30057
Special Assistant U.S. Attorney
*Acting Under Authority Conferred by*
*28 U.S.C. §515*
Office of the United States Attorney
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400 (phone)
(804) 819-7417 (fax)
elizabeth.c.wu@usdoj.gov

## CERTIFICATE OF CM/ECF FILING

I hereby certify that on November 12, 2021, I have electronically filed the foregoing using the CM/ECF system, which has sent a copy to all CM/ECF users, and have sent copies by U.S. mail to the following non-CM/ECF users:

>Amina Matheny-Willard, counsel for plaintiffs
>Amina Matheny-Willard, PLLC
>999 Waterside Dr., Ste 2525
>Norfolk, VA 23510
>
>
>Bradley G. Pollack, Esq., counsel for Duane Chapman and Lyssa Chapman
>753 South Main Street
>Woodstock, Virginia 22664
>
>Brian J. Brydges, Esq., counsel for Lindsay Combs
>Johnson, Ayers & Matthews, PLC
>310 First Street, SW, Ste 700
>Roanoke, Virginia 24009
>bbrydges@jamlaw.net
>
>David Briggman, defendant
>7556 Mountain Valley Road
>Keezletown, Virginia 22832
>
>Jane Collins, defendant
>105 Wilson Court
>Charlottesville, VA 22901

                                                  /s/
                                             Elizabeth C. Wu
                                             Attorney for the United States of America