Case 5:21-cv-00072-EKD Document 17 Filed 11/17/21 Page 1 of 3 Pageid#: 371

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

NOV 17 2021

JULIA C. DUDLEY, CLERK
BY: KDotson
DEPUTY CLERK



# Augusta County Circuit Court

### R. STEVEN LANDES, CLERK

1 East Johnson Street
P.O. Box 689
Staunton, Virginia 24402-0689
Phone: 540-245-5321
Fax: 540-245-5318

CIVIL DIVISION
540-245-5319

CRIMINAL DIVISION
540-245-5016

COURT DIVISION
540-245-5321

ACCOUNTING DIVISION
540-245-5081

LAND RECORD DIVISION
540-245-5320

PROBATE DIVISION
540-245-5317

November 10, 2021

Clerk
United States District Court
Western District of Virginia
Harrisonburg Division
116 North Main Street
Harrisonburg, Va 22802

RE: Zachary Cruz, et al v. Duane Lee Chapman, et al
Civil Action No. 5:21cv00072/State Court No.: CL21002251-00

Enclosed please find a document in regard to the above referenced file, pursuant to an Order entered on November 5, 2021, by the Honorable Elizabeth K. Dillon. This was electronically sent to you on November 8, 2021. Please find enclosed a copy of the Notice of Electronic Filing.

Please sign and date the enclosed statement showing that you have received the document in your office. I have enclosed a self-addressed, envelope for your convenience.

Sincerely,

Jean W. Doyle
Deputy Clerk

/jwd
Enclosures



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Virginia*

---

*Jessica D. Aber*                                                                                      (804) 819-5400
*United States Attorney*                                                           Fax: (804) 819-7417

*Elizabeth C. Wu*
*Assistant United States Attorney*
*919 East Main Street, Suite 1900*
*Richmond, Virginia, 23219-2430*

November 5, 2021

Hon. R. Steven Landes, Clerk
County of Augusta Circuit Court Clerk's Office
Augusta County Courthouse
P.O Box 689
Staunton, Virginia 24402-0689

        Re:    Notice of Removal of State Court Action to United States District Court
                 <u>Cruz, et al., v. Chapman, et al.</u>
                 Case No. CL21002251-00 (Augusta County Circuit Court)

Dear Mr. Landes:

       Enclosed with this letter for filing in your court is a copy of a Notice of Removal of State Court Action to United States District Court, removing the above case from the Circuit Court for Augusta County to the United States District Court for the Western District of Virginia, Harrisonburg Division, the original of which has been filed this date with the Clerk of that Court. The applicable removal statutes are found at Title 28 of the United States Code, Sections 1441, 1446, and 2679.

       Please note that 28 U.S.C. § 1446(d) provides in relevant part that the filing of a copy of these removal papers with the Clerk of the state court in which the action had been instituted "shall effect the removal and the State court shall proceed no further unless and until the case is remanded." Accordingly, the removal of the above-styled action has relegated jurisdiction over any enforcement proceedings to the federal district court.

                                                            Sincerely yours,

                                                            JESSICA D. ABER
                                                            UNITED STATES ATTORNEY

                                                            *Elizabeth C. Wu*

                         By:    Elizabeth C. Wu, Special Assistant U.S. Attorney
                                             *Acting Under Authority Conferred by*
                                             *28 U.S.C. §515*
                                             Office of the United States Attorney
                                             Eastern District of Virginia

A True and Correct Copy,

Teste: _____ Dep. Clk.
         Circuirt Court
County of Augusta, Virginia

919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400 (phone)
(804) 819-7417 (fax)
elizabeth.c.wu@usdoj.gov

Enclosures

cc:     Amina Matheny-Willard
       Amina Matheny-Willard, PLLC
       999 Waterside Dr., Ste 2525
       Norfolk, VA 23510
       *Counsel for Plaintiffs*

       Bradley G. Pollack, Esq.
       753 South Main Street
       Woodstock, Virginia 22664
       *Counsel for Duane L. Chapman and Lyssa Chapman*

       David Briggman
       7556 Mountain Valley Road
       Keezletown, Virginia 22832
       *Defendant*

       Lindsay Combs
       332 Seawright Springs Road
       Mount Sidney, VA 24467
       *Defendant*

       Jane Collins
       105 Wilson Court
       Charlottesville, VA 22901
       *Defendant*

Filed in the Clerk's Office of the
Circuit Court of Augusta County
Time: 1:05 PM Date: 11/10/21
TESTE:
_____ Dep. Clk.
Date: Nov. 10, 2021