IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| ZACHARY CRUZ, ET. AL., | : |
| Plaintiffs | : |
| v. | : Case No. 5:21-cv-00072 |
| DUANE LEE CHAPMAN, ET. AL., | : |
| Defendants. | : |

## CHAPMAN MOTION TO DISMISS

Come now Defendants Duane Lee Chapman and Lyssa Chapman, by counsel, and move to dismiss:

1. For lack of personal jurisdiction pursuant to Federal Rules of Civil Procedure 4(k)(1)(a) and 12(b)(2).

2. For using a false or fictitious name in violation of Rule 12(b)(1).

3. For failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6).

4. The grounds for this motion are set forth more fully in the accompanying brief filed with this motion.

DATED: November 29, 2021

Respectfully submitted,

                                                                          DUANE LEE CHAPMAN
                                                                          LYSSA CHAPMAN
                                                                          By counsel

*/s/ Bradley G. Pollack /s/*
Bradley G. Pollack
Attorney at Law
Virginia State Bar No. 25290
753 South Main Street
Woodstock, VA 22664
540-459-8600
540-459-8670 (fax)
bgpollack@gmail.com

## Certificate of Service

      I hereby certify that on the 29th day of November 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will cause service upon all interested parties. I will then email the document and a notification of such filing (NEF) to Defendant Briggman via electronic mail, which email address is briggman@gmail.com.

*/s/ Bradley G. Pollack /s/*
Bradley G. Pollack