

# Augusta County Circuit Court

**R. STEVEN LANDES, CLERK**

1 East Johnson Street
P.O. Box 689
Staunton, Virginia 24402-0689
Phone: 540-245-5321
Fax: 540-245-5318

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

DEC 0 3 2021

JULIA C. DUDLEY, CLERK
BY: /s/ KDoTsm
DEPUTY CLERK

**CIVIL DIVISION**
540-245-5319

**CRIMINAL DIVISION**
540-245-5016

**COURT DIVISION**
540-245-5321

**ACCOUNTING DIVISION**
540-245-5081

**LAND RECORD DIVISION**
540-245-5320

**PROBATE DIVISION**
540-245-5317

December 1, 2021

Clerk
United States District Court
Western District of Virginia
Harrisonburg Division
116 North Main Street
Harrisonburg, VA 22802

RE: Zachary Cruz, et al v. Duane Lee Chapman, et al
Civil Action No. 5:21cv00072/State Court No. CL21002251-00

Enclosed please find a document in regard to the above referenced file, pursuant to an Order entered on November 5, 2021, by the Honorable Elizabeth K. Dillon. This was electronically sent to you on November 8, 2021. Please find enclosed a copy of the Notice of Electronic Filing.

Please sign and date the enclosed statement showing that you have received the document in your office. I have enclosed a self-addressed, envelope for your convenience.

Sincerely,

*Jean*

Jean W. Doyle
Deputy Clerk

/jwd
Enclosures

## MAILED TO:

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION
## 116 NORTH MAIN STREET
## HARRISONBURG, VA 22802

## PURSUANT TO

## ORDER ENTERED ON NOVEMBER 5, 2021

## ON

## THE 1ST DAY OF DECEMBER, 2021

CM/ECF - U.S. District Court:vawd

# State Court Records for sc-99999 cases

## U.S. District Court

## Western District of Virginia

### Notice of Electronic Filing

The following transaction was entered by Augusta County Circuit Court, Clerk on 11/8/2021 at 3:14 PM EST and filed on 11/8/2021
**Case Name:** State Court Records
**Case Number:** 5:21-sc-99999
**Filer:**
**Document Number:** 6

**Docket Text:**
**State Court Records as to 5-21-cv-00072, received from Augusta County Circuit Court case no. CL21002251-00 . (Attachments: # (1) MANUSCRIPT)(Augusta County Circuit Court, Clerk)**

**5:21-sc-99999 Notice has been electronically mailed to:**

**5:21-sc-99999 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=11/8/2021] [FileNumber=3906156-0
] [6221be4dd2cd30f4fb369c37bd8c0cefb42ec280d599918fcc8b387c4a515779002
738c82e841ebd5e68729840d2d864ac26719b02be894e1f39223b52c1636d]]
**Document description:** MANUSCRIPT
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=11/8/2021] [FileNumber=3906156-1
] [6bb5886e66bf57b0b9a3fc1459d6d01f666126547772806f6234c5f22016dfccf70
9572de25a53093499418a73e17da0cc4e629cc84d757db71b8fed8d2ae9d0]]

## AFFIDAVIT OF SERVICE

| Case: 015CL21002251-00 | Court: Augusta County Circuit Court | County: Augusta | Job: 6243153 |
|---|---|---|---|
| Plaintiff / Petitioner: Zachary Cruz | | Defendant / Respondent: Duane Lee Chapman | |
| To be served upon: David Barye Briggman | | | |

I, Christian Jeffery, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   David Barye Briggman, 7556 Mountain valley Road, Keezletown VA 22832
Manner of Service:   Personal/Individual, Oct 26, 2021, 10:51 am EDT
Documents:   Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Oct 26, 2021 at 10:51am. Personal Service, 7556 Mountain valley Road, Keezletown VA 22832

Defendant acknowledged his name and accepted service in hand.

_____   10-29-21
Christian Jeffery         Date

630 Highland Ave
Waynesboro, VA 22980
434-327-0960

Subscribed and sworn to before me by the affiant who is personally known to me, In the City of Waynesboro

_Racheal Q_____
Notary Public

10-29-21         7-31-25
Date         Commission Expires

[Notary Seal: RACHEAL LENORE QUACKENBUSH, COMMISSION EXPIRES 07/31/2025, REGISTRATION NO. 7960116, NOTARY PUBLIC, COMMONWEALTH OF VIRGINIA]

Filed in the Clerk's Office of the
Circuit Court of Augusta County
Time 9:50 PM Date: 11/18/21
TESTE:
_Jean W Doyle_ Dep. Clk.
Date: Nov 18, 2021

A True and Correct Copy,

Teste: _Jean W Doyle_ Dep. Clk.
Circuit Court
County of Augusta, Virginia